### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD WILLIAM HERTZOG, | |
| Plaintiff, | CIVIL ACTION NO. 3:04-CV-1230 |
| v. | (JUDGE CAPUTO) |
| CLINTON COUNTY CORRECTIONAL FACILITY, et al., | |
| Defendants. | |

### ORDER

**NOW,** this   20th   day of April, 2005, upon review of Magistrate Judge Mannion's Report and Recommendation (Doc. 20) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

(1) The Report and Recommendation (Doc. 20) is **ADOPTED**.

(2) Motion To Dismiss of Defendant Clinton County Correctional Facility (Doc. 16) is **GRANTED**.

(3) The Complaint (Doc. 1) is **DISMISSED** against the remaining Defendants due to Plaintiff's failure to prosecute.

(4) The Clerk of the Court shall mark this case **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge